**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01213-LTB

TRAVIS HODSON,

Applicant,

v.

WELD COUNTY SHERIFF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      On December 16, 2015, Applicant submitted a pleading titled, "Motion to: Judgment as a Matter of Law," ECF No. 29.   To the extent the Motion challenges the Court Order dismissing this action on November 10, 2015, the Motion is denied. Otherwise, the Motion is denied as improperly filed in this action.

Dated:   December 16, 2015